**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7534

In Re:  COURTNEY CONSTANTINE WATSON,

Petitioner.

On Petition for Writ of Habeas Corpus.
(8:04-cr-00104-RWT)

Submitted:  December 20, 2006        Decided:  January 8, 2007

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Dismissed without prejudice by unpublished per curiam opinion.

Courtney Constantine Watson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Constantine Watson filed an original 28 U.S.C. § 2241 (2000) petition in this court. Because Watson is incarcerated in Georgia, no circuit judge on this court has jurisdiction over his § 2241 petition. Accordingly, we deny leave to proceed in forma pauperis and dismiss the § 2241 petition without prejudice to Watson's right to refile the petition in the district of his incarceration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED WITHOUT PREJUDICE</u>